# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| K.H., a minor by and through his Guardian Ad Litem UNIQUE BARNETT, A.K., a minor by and through his Guardian Ad Litem KARA KARR; and K.G., a minor by and through her Guardian Ad Litem MARIA GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, SHANE BUTUYAN, ANA ESCAMILLA, SONYA HOLDSWORTH, RENEE MECHEM and DOES 1-50,<br><br>Defendant. | 2:21-cv-0218-APG-VCF<br><br>**ORDER** |

Before me is Plaintiffs' Motion to Amend Pleadings to Add Plaintiff D.F. (ECF No. 38).

On August 26, 2021, Defendants filed a Notice of Non-Opposition to Plaintiffs' Motion to Amend Pleadings to Add Plaintiff D.F. (ECF NO. 42).

Accordingly,

I HEREBY ORDER that Plaintiffs' Motion to Amend Pleadings to Add Plaintiff D.F. (ECF No. 38) is GRANTED.  Plaintiff must file the First Amended Complaint (ECF NO. 38 page 10 - 48) on or before September 10, 2021.

DATED this 27th day of August, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE