# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| K.H., a minor by and through his Guardian Ad Litem UNIQUE BARNETT; A.K., a minor by and through his Guardian Ad Litem KARA KARR; and K.G., a minor by and through her Guardian Ad Litem MARIA GARCIA, D.F., a minor by and through his Guardian Ad Litem FRANCISCA VALLIENTE,<br><br>          Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, SHANE BUTUYAN, ANA ESCAMILLA, SONYA HOLDSWORTH, RENEE MECHEM and DOES I-50,<br><br>          Defendants. | 2:21-cv-00218-APG-VCF<br><br>**ORDER** |

Before the court is the joint stipulation and order to modify scheduling order (ECF NO. 59).

Accordingly,

IT IS HEREBY ORDERED that the joint stipulation and order to modify scheduling order (ECF NO. 59) is added to the video hearing on 1:00 PM, March 3, 2022.

DATED this 22nd day of February, 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE