```
1   MARK E. FERRARIO, NV Bar No. 1625
    KARA B. HENDRICKS, NV Bar No. 7743
2   WHITNEY L. WELCH-KIRMSE, NV Bar No. 12129
    GREENBERG TRAURIG, LLP
3   10845 Griffith Peak Drive, Suite 600
    Las Vegas, Nevada  89135
4   Telephone:  (702) 792-3773
    Facsimile:  (702) 792-9002
5   Email: ferrariom@gtlaw.com
           hendricksk@gtlaw.com
6          welchkirmsew@gtlaw.com
    Attorneys for Defendants
7   Clark County School District, Ana Escamilla,
    Sonya Holdsworth and Renee Mechem
8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| K.H., a minor by and through his Guardian Ad Litem UNIQUE BARNETT; A.K., a minor by and through his Guardian Ad Litem KARA KARR; and K.G., a minor by and through her Guardian Ad Litem MARIA GARCIA, D.F., a minor by and through his Guardian Ad Litem FRANCISCA VALLIENTE,<br><br>                              Plaintiffs,<br><br>   v.<br><br>CLARK COUNTY SCHOOL DISTRICT, ANA ESCAMILLA, SONYA HOLDSWORTH and RENEE MECHEM and DOES I-50,<br><br>                              Defendants. | Case No. 2:21-cv-00218-APG-VCF<br><br>**JOINT STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE AND SERVE DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

   IT IS HEREBY STIPULATED AND AGREED, by and between all parties hereto, through their respective counsel of record, to extend the deadline until February 28, 2023 for Defendants Clark County School District, Ana Escamilla, Sonya Holdsworth and Renee Mechem (collectively "Defendants") to file and serve a reply in support of their Motion for Partial Summary Judgment (ECF No. 69).

   The parties represent this stipulation is made in good faith and not for the purposes of delay. This is the first request for an extension of the reply brief deadline and was necessitated due to unexpected personal matters requiring attention of the primary person drafting the reply.

ACTIVE 685474488v1

Accordingly, the parties respectfully request the Court to order such deadline for Defendants to file and serve a reply in support of their Motion for Partial Summary Judgment be extended from February 21, 2023 to February 28, 2023.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATE: FEBRUARY 21, 2023 | DATE: FEBRUARY 21, 2023 |
| **GREENBERG TRAURIG, LLP** | **WALKUP, MELODIA, KELLY & SCHOENBERGER** |
| By: */s/ Kara B. Hendricks* <br> MARK E. FERRARIO <br> KARA B. HENDRICKS <br> WHITNEY L. WELCH-KIRMSE <br><br> *Attorneys for Defendants CCSD, Ana Escamilla, Sonya Holdsworth and Renee Mechem* | By: */s/ Valerie N. Rose* <br> KHALDOUN A. BAGHDADI* <br> VALERIE N. ROSE* <br><br> *\*Admitted Pro Hac Vice* <br> *Attorney for Plaintiffs* |

**ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing:

Defendants Clark County School District, Ana Escamilla, Sonya Holdsworth and Renee Mechem's deadline to file and serve a reply in support of their Motion for Partial Summary Judgment (ECF No. 69) is extended to **February 28, 2023**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE

DATED: February 22, 2023

*ACTIVE 685474488v1*