RAHUL RAVIPUDI, ESQ. NV Bar No. 14750)
ravipudi@psblaw.com
IAN SAMSON, ESQ., NV Bar No. 15089
samson@psblaw.com
ADAM ELLIS, ESQ., NV Bar No. 14514
ellis@psblaw.com
**PANISH|SHEA|BOYLE|RAVIPUDI**
300 4th Street, Suite 710
Las Vegas, NV 89101
T:  (702) 560-5520
F:  (702) 975-2515

KHALDOUN A. BAGHDADI, CA Bar No. 190111
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE, CA Bar No. 272566
vrose@walkuplawoffice.com
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
650 California Street, 26th Floor
San Francisco, CA 94108-2615
T: (415) 981-7210
F: (415) 391-6965
(Admitted *Pro Hac Vice*)

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| K.H., a minor by and through hisGuardian Ad Litem UNIQUE BARNETT; A.K., a minor by and through his Guardian Ad Litem KARA KARR; and K.G., a minor by and through her Guardian Ad Litem MARIA GARCIA, D.F., a minor by and through his Guardian Ad Litem FRANCISCA VALLIENTE,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, SHANE BUTUYAN, ANA ESCAMILLA, SONYA HOLDSWORTH, RENEE MECHEM and DOES 1-50,<br><br>Defendants. | Case No. 2:21-cv-00218-APG-VCF<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE TO FACILITATE SETTLEMENT DISCUSSIONS** |

/ / /

/ / /

1  Plaintiffs, K.H., a minor by and through his Guardian ad Litem UNIQUE
2 BARNETT, A.K., a minor by and through his Guardian ad Litem KARA KARR and
3 K.G. a minor by and through her Guardian ad Litem MARIA GARCIA, and D.F., a
4 minor by and through his Guardian Ad Litem FRANCISCA VALLIENTE
5 (hereinafter collectively "Plaintiffs") and Defendants CLARK COUNTY SCHOOL
6 DISTRICT ("CCSD"), ANA ESCAMILLA ("ESCAMILLA"), SONYA HOLDSWORTH
7 ("HOLDSWORTH") and RENEE MECHEM ("MECHEM") (hereinafter collectively
8 referred to as "Defendants") hereby submit the following:

9  1. WHEREAS on September 14, 2023 the Court issued an Order (1)
10 Granting in Part Defendants' Motion for Summary Judgment and (2) Ordering
11 Supplemental Briefing (Dkt. No. 87); and

12  2. WHEREAS the Court in that Order set a supplemental briefing
13 schedule requiring the parties to submit opening briefs by September 29, 2023, and
14 to submit responsive briefs on October 13, 2023; and

15  3. WHEREAS the parties desire additional time to facilitate settlement
16 discussions before the submission of supplemental briefing;

17  4. IT IS HEREBY STIPULATED AND AGREED by and between the
18 undersigned counsel for Plaintiffs and Defendants that the supplemental briefing
19 schedule set forth in the Court's September 14, 2023 Order shall be extended, such
20 that that parties' opening briefs shall be due on October 30, 2023, and the parties'
21 responsive briefs shall be due on November 13, 2023.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE TO FACILITATE
SETTLEMENT DISCUSSIONS - CASE NO. 2:21-cv-00218-APG-VCF

IT IS SO STIPULATED.

September 21, 2023

WALKUP, MELODIA, KELLY & SCHOENBERGER

By:     /s/ Khaldon A. Baghdadi
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
650 California Street, 26th Floor
San Francisco, California 94108
P: (415) 981-7210
Attorneys for PLAINTIFFS

September 21, 2023

GREENBERG TRAURIG

By:     /s/ Kara B. Hendicks
MARK E. FERRARIO
KARA B. HENDRICKS
WHITNEY L. WELCH-KIRMSE
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
P: (702) 792-3773
Attorneys for DEFENDANTS

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE TO FACILITATE SETTLEMENT DISCUSSIONS - CASE NO. 2:21-cv-00218-APG-VCF

**ORDER**

Pursuant to the Court's Order of September 14, 2023, the parties may file supplemental briefs of no more than 10 pages addressing (1) whether Clark County School District can be vicariously liable under Title II of the Americans with Disabilities Act and section 504 of the Rehabilitation Act and (2) whether a genuine issue remains regarding the plaintiffs' negligence claim against defendants Sonya Holdsworth, Renee Mechem, and Clark County School District based on Holdsworth and Mechem failing to inform parents. The plaintiffs shall file the opening brief on the first issue and the defendants shall file the opening brief on the second issue.

Pursuant to the stipulation of the Parties, and good cause appearing, I hereby modify the parties' briefing schedule as follows: Opening briefs are due October 30, 2023. Response briefs are due November 13, 2023. No reply briefs will be filed without further order of the Court.

IT IS SO ORDERED.

Dated: September 22, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

4

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE TO FACILITATE SETTLEMENT DISCUSSIONS - CASE NO. 2:21-cv-00218-APG-VCF

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210