1  RAHUL RAVIPUDI, ESQ. NV Bar No. 14750)
   ravipudi@psblaw.com
2  IAN SAMSON, ESQ., NV Bar No. 15089
   samson@psblaw.com
3  ADAM ELLIS, ESQ., NV Bar No. 14514
   ellis@psblaw.com
4  **PANISH|SHEA|BOYLE|RAVIPUDI**
   300 4th Street, Suite 710
5  Las Vegas, NV 89101
   T:  (702) 560-5520
6  F:  (702) 975-2515

7  KHALDOUN A. BAGHDADI, CA Bar No. 190111
   kbaghdadi@walkuplawoffice.com
8  VALERIE N. ROSE, CA Bar No. 272566
   vrose@walkuplawoffice.com
9  **WALKUP, MELODIA, KELLY & SCHOENBERGER**
   650 California Street, 26th Floor
10 San Francisco, CA 94108-2615
   T: (415) 981-7210
11 F: (415) 391-6965
   (Admitted *Pro Hac Vice*)

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| K.H., a minor by and through his Guardian Ad Litem UNIQUE BARNETT; A.K., a minor by and through his Guardian Ad Litem KARA KARR; and K.G., a minor by and through her Guardian Ad Litem MARIA GARCIA, D.F., a minor by and through his Guardian Ad Litem FRANCISCA VALLIENTE,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, SHANE BUTUYAN, ANA ESCAMILLA, SONYA HOLDSWORTH, RENEE MECHEM and DOES 1-50,<br><br>Defendants. | Case No. 2:21-cv-00218-APG-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER** |

TO THE HONORABLE COURT:

1. Pursuant to the Court's Order (Dkt. 40) and Local Rules 16-3, 16-4, and 26-1(b)(5), the parties Joint Pretrial Order is currently due on December 18, 2023.

2. The parties are in ongoing settlement discussions and respectfully request a two-week extension of the deadline to save time and expense in filing the Order, if a settlement is reached.

3. For these reasons, the parties stipulate and respectfully submit that good cause exists to extend the status report deadline to January 2, 2024.

Respectfully submitted,

December 14, 2023

WALKUP, MELODIA, KELLY & SCHOENBERGER

By       /s/ Khaldoun A. Baghdadi
KHALDOUN A. BAGHDADI
California Bar No. 190111 (*pro hac vice*)
VALERIE N. ROSE
California Bar No. 272566 (*pro hac vice*)
650 California Street, 26th Floor
San Francisco, California 94108-2615
Tel. (415) 981-7210

Attorneys for PLAINTIFFS

December 14, 2023

GREENBERG TRAURIG

By:       /s/ Whitney L. Welch-Kirmse
MARK E. FERRARIO
KARA B. HENDRICKS
WHITNEY L. WELCH-KIRMSE
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
P: (702) 792-3773
Attorneys for DEFENDANTS

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE STATUS REPORT - CASE NO. 2:21-cv-00218-APG-VCF

# ORDER

In light of the stipulation of the parties, and good cause being shown, the deadline to file the Joint Pre-Trial Order is hereby extended to January 2, 2024.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  12-15-2023 _____

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE STATUS REPORT - CASE NO. 2:21-cv-00218-APG-VCF