RAHUL RAVIPUDI, ESQ. NV Bar No. 14750)
ravipudi@psblaw.com
IAN SAMSON, ESQ., NV Bar No. 15089
samson@psblaw.com
ADAM ELLIS, ESQ., NV Bar No. 14514
ellis@psblaw.com
**PANISH|SHEA|BOYLE|RAVIPUDI**
300 4th Street, Suite 710
Las Vegas, NV 89101
T: (702) 560-5520
F: (702) 975-2515

KHALDOUN A. BAGHDADI, CA Bar No. 190111
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE, CA Bar No. 272566
vrose@walkuplawoffice.com
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
650 California Street, 26th Floor
San Francisco, CA 94108-2615
T: (415) 981-7210
F: (415) 391-6965
(Admitted *Pro Hac Vice*)

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| K.H., a minor by and through his Guardian Ad Litem UNIQUE BARNETT; A.K., a minor by and through his Guardian Ad Litem KARA KARR; and K.G., a minor by and through her Guardian Ad Litem MARIA GARCIA, D.F., a minor by and through his Guardian Ad Litem FRANCISCA VALLIENTE,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, SHANE BUTUYAN, ANA ESCAMILLA, SONYA HOLDSWORTH, RENEE MECHEM and DOES 1-50,<br><br>Defendants. | Case No. 2:21-cv-00218-APG-VCF<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER FOLLOWING PARTIAL SETTLEMENT** |

1     TO THE HONORABLE COURT:

2     1.    Pursuant to the Court's Order (Dkt. 40) and Local Rules 16-3, 16-4, and 26-1(b)(5), the parties Joint Pretrial Order is currently due on January 2, 2024.

    2.    The parties are pleased to report that they've reached a settlement, subject to this Court's approval, for three of the four plaintiffs herein.

    3.    To enable the settlement documentation to be finalized and to allow for continued settlement discussions on the remaining plaintiff, the parties stipulate and respectfully submit that good cause exists to extend the status report deadline to February 2, 2024.

Respectfully submitted,

January 2, 2024

                                              WALKUP, MELODIA, KELLY & SCHOENBERGER

                                              By     /s/ Khaldoun A. Baghdadi
                                                      KHALDOUN A. BAGHDADI
                                                      California Bar No. 190111 (*pro hac vice*)
                                                      VALERIE N. ROSE
                                                      California Bar No. 272566 (*pro hac vice*)
                                                      650 California Street, 26th Floor
                                                      San Francisco, California 94108-2615
                                                      Tel. (415) 981-7210

                                                      Attorneys for PLAINTIFFS

January 2, 2024

                                              GREENBERG TRAURIG

                                              By:     /s/ Kara B. Hendricks
                                                      MARK E. FERRARIO
                                                      KARA B. HENDRICKS
                                                      WHITNEY L. WELCH-KIRMSE
                                                      10845 Griffith Peak Drive, Suite 600
                                                      Las Vegas, NV 89135
                                                      P: (702) 792-3773
                                                      Attorneys for DEFENDANTS

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER FOLLOWING PARTIAL SETTLEMENT - CASE NO. 2:21-cv-00218-APG-VCF

## **ORDER**

In light of the stipulation of the parties, and good cause being shown, the deadline to file the Joint Pre-Trial Order is hereby extended to February 2, 2024.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED \_\_\_1-3-2024_____

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3

STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER FOLLOWING PARTIAL SETTLEMENT - CASE NO. 2:21-cv-00218-APG-VCF