1  RAHUL RAVIPUDI, ESQ. NV Bar No. 14750)
   ravipudi@psblaw.com
2  IAN SAMSON, ESQ., NV Bar No. 15089
   samson@psblaw.com
3  ADAM ELLIS, ESQ., NV Bar No. 14514
   ellis@psblaw.com
4  **PANISH|SHEA|BOYLE|RAVIPUDI**
   300 4th Street, Suite 710
5  Las Vegas, NV 89101
   T:  (702) 560-5520
6  F:  (702) 975-2515

7  KHALDOUN A. BAGHDADI, CA Bar No. 190111
   kbaghdadi@walkuplawoffice.com
8  VALERIE N. ROSE, CA Bar No. 272566
   vrose@walkuplawoffice.com
9  **WALKUP, MELODIA, KELLY & SCHOENBERGER**
   650 California Street, 26th Floor
10 San Francisco, CA 94108-2615
   T: (415) 981-7210
11 F: (415) 391-6965
   (Admitted *Pro Hac Vice*)
12
   **ATTORNEYS FOR PLAINTIFFS**
13

14              UNITED STATES DISTRICT COURT

15                  DISTRICT OF NEVADA

16

17 | K.H., a minor by and through his Guardian Ad Litem UNIQUE BARNETT; A.K., a minor by and through his Guardian Ad Litem KARA KARR; and K.G., a minor by and through her Guardian Ad Litem MARIA GARCIA, D.F., a minor by and through his Guardian Ad Litem FRANCISCA VALLIENTE, | Case No. 2:21-cv-00218-APG-MDC |
|---|---|
| Plaintiffs, | **NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATED REQUEST FOR FURTHER STATUS CONFERENCE** |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, SHANE BUTUYAN, ANA ESCAMILLA, SONYA HOLDSWORTH, RENEE MECHEM and DOES 1-50, | |
| Defendants. | |

1  TO THE HONORABLE COURT:

2  The parties to this action hereby stipulate and request as follows:

3  1. The parties have reached a settlement, subject to this Court's approval, for all of the Plaintiffs herein.

5  2. Plaintiffs will file their Motions to Approve Settlement of Minors' Claims within the next thirty days, on or before March 29, 2024.

7  3. The current deadline to file the Joint Pre-Trial Order is February 2, 2024 (Dkt. 101).

9  4. To enable the settlement documentation to be finalized, the parties stipulate and respectfully submit that good cause exists to vacate the current pretrial deadline and set a further Status Conference in April, 2024 as the Court's calendar may permit.

Respectfully submitted,

February 2, 2024

WALKUP, MELODIA, KELLY & SCHOENBERGER

By      /s/ Khaldoun A. Baghdadi
KHALDOUN A. BAGHDADI
California Bar No. 190111 (*pro hac vice*)
VALERIE N. ROSE
California Bar No. 272566 (*pro hac vice*)
Attorneys for PLAINTIFFS

February 2, 2024

GREENBERG TAURIG

By:      /s/ Kara B. Hendricks
MARK E. FERRARIO
KARA B. HENDRICKS
WHITNEY L. WELCH--KIRMSE
10845 Griffith Peak Drive, Suite 600
Attorneys for DEFENDANTS

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
NTC OF CONDITIONAL SETTLEMENT & JOINT STIPULATED RQST FOR FURTHER SC
CASE NO. 2:21-cv-00218-APG-MDC

**ORDER**

In light of the settlement reached and the stipulation of the parties, and good cause being shown, the current deadline to file the Joint Pre-Trial Order by February 2, 2024, is hereby vacated and a ~~Further Status Conference is set for _____, 2024.~~  The parties shall file a Joint Status Report by April 8, 2024.

IT IS SO ORDERED.

Dated: February 8, 2024

_____
Maximiliano D. Couvillier III
United States Magistrate Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210