UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNIQUE BARNETT, et al., | Case No.: 2:21-cv-00218-APG-MDC |
| Plaintiffs | **Order** |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | |
| Defendants | |

The plaintiffs have filed four petitions for approval of the compromise of a minor's claim for each of the minor plaintiffs in this case. ECF Nos. 108-111.  It appears that there is a typographical error on page 7 of ECF No. 109 because the total cash payment of $115,000.000 exceeds the distribution instructions of $30,480.70 to the plaintiffs' counsel and $40,000.00 to the K.G. Pooled Special Needs Trust.  If this is not an error, then the plaintiffs should explain the discrepancy.  Additionally, the fee and cost breakdowns are not signed by the guardian ad litems for the minor plaintiffs, so it is unclear whether they agree to them. *See* ECF Nos. 108-3, 109-3, 110-3, 112-3.  The plaintiffs must either provide signed copies or explain why signed copies are not needed.

DATED this 18th day of June, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE