UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNIQUE BARNETT, et al., | Case No.: 2:21-cv-00218-APG-MDC |
|---|---|
| Plaintiffs | **Order Granting Petitions for Approval of Minor Compromise** |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | [ECF Nos. 108, 110, 112] |
| Defendants | |

The plaintiffs have filed four petitions for approval of the compromise of a minor's claim for each of the minor plaintiffs in this case. ECF Nos. 108-110, 112. I previously notified the plaintiffs about missing signatures and typographical errors in one of the calculations. ECF No. 113. The plaintiffs have supplied signatures for three of the petitions and are awaiting a signature and proper calculation for the fourth. ECF No. 114. Having reviewed the petitions and supplement, there is good cause to approve three of the four petitions, which I do now, but I will wait for another supplement before approving the fourth.

I THEREFORE ORDER that the petitions for compromise of minor's claim for plaintiffs D.F. (ECF No. 108), K.H. (ECF No. 110), and A.K. (ECF No. 112) are granted.

DATED this 18th day of July, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE