# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNIQUE BARNETT, et al.<br><br>Plaintiffs<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>Defendants | Case No.: 2:21-cv-00218-APG-VCF<br><br>**Order for Status Report** |

On May 22, 2024, the plaintiffs filed a petition for minor compromise on behalf of plaintiff Maria Garcia. ECF No. 109. I ordered the plaintiffs to address some discrepancies I noted in the petition. ECF No. 113. On July 12, 2024, the plaintiffs responded they were "still working to obtain documents including an Amended Petition correcting the typo in ECF 109 referenced in ECF 113, and the signed cost breakdown of Plaintiff GARCIA." ECF No. 114. The plaintiffs requested 30 days to update the documents and obtain Garcia's signature. *Id.* More than 30 days have passed, but the plaintiffs have not provided updated documents.

I THEREFORE ORDER that by September 20, 2024, the plaintiffs shall provide either the updated and signed documents supporting the petition for minor compromise or a status report setting forth why additional time is needed. Failure to do so may result in dismissal of the petition.

DATED this 30th day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE