# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNIQUE BARNETT, et al., | Case No.: 2:21-cv-00218-APG-MDC |
| Plaintiffs | **Order Granting Petition for Approval of Compromise of Minor's Claim** |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | [ECF Nos. 109, 117] |
| Defendants | |

The plaintiffs have filed a petition for approval of the compromise of a minor's claim for plaintiff K.G, and an amended petition to address some errors in the original petition. ECF Nos. 109, 117. There is good cause to approve the petition.

I THEREFORE ORDER that the petition for compromise of minor's claim for plaintiff K.G. **(ECF Nos. 109, 117) is granted**.

DATED this 3rd day of October, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE