MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone : (702) 792-3773
Email: ferrariom@gtlaw.com
hendricksk@gtlaw.com
welchkirmsew@gtlaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

K.H., a minor by and through his Guardian ad Litem UNIQUE BARNETT; A.K., a minor by and through his Guardian ad Litem KARA KARR; and K.G., a minor by and through her Guardian ad Litem MARIA GARCIA, D.F., a minor by and through his Guardian ad Litem FRANCISCA VALLIENTE,

Plaintiff,

v.

CLARK COUNTY SCHOOL DISTRICT, ANA ESCAMILLA, SONYA HOLDSWORTH, RENEE MECHEM and DOES 1-50,

Defendants.

Case No. 2:21-cv-00218-APG-VCF

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

It is hereby STIPULATED AND AGREED between Plaintiffs, K.H., a minor by and through his Guardian ad Litem UNIQUE BARNETT; A.K., a minor by and through his Guardian ad Litem KARA KARR; K.G., a minor by and through her Guardian ad Litem MARIA GARCIA; and D.F., a minor by and through his Guardian ad Litem FRANCISCA VALLIENTE (collectively, “Plaintiffs”), and Defendants CLARK COUNTY SCHOOL DISTRICT, ANA ESCAMILLA, SONYA HOLDSWORTH and RENEE MECHEM (collectively, “Defendants”), by and through

their attorneys of record that, in accordance with Fed.R.Civ.P. 41(a)(2), all claims asserted against the Defendants herein are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Date: November 22, 2024

**GREENBERG TRAURIG, LLP**

/s/ Whitney L. Welch-Kirmse

MARK E. FERRARIO
NV Bar No. 01625
KARA B. HENDRICKS
NV Bar No. 07743
WHITNEY L. WELCH-KIRMSE
NV Bar No. 12129
*Attorneys for Defendants*

Date: November 22, 2024

**WALKUP, MELODIA, KELLY & SCHOENBERGER**

/s/ Valerie N. Rose

KHALDOUN A. BAGHDADI
California Bar No. 190111 (*pro hac vice*)
VALERIE N. ROSE
California Bar No. 272566 (*pro hac vice*)
*Attorneys for Plaintiffs*

**PANISH | SHEA | BOYLE | RAVIPUDI**
ADAM ELLIS, NV Bar No. 14514
*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

DATED: November 25, 2024

3

ACTIVE 704402085v1